**Terrance HENDERSON, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA; S. Powers; Correctional Officer Ramey; G. Bailey; J. Crabtree; Correctional Officer Welch; B. Hubbard; Sergeant O'Quinn; Sergeant Deel; Doctor Ta-** tro; **Lieutenant Rose; Tracey S. Ray; J. Rasnick; B. Cox; A. Bartee; C.P.S. Kiser; Captain Taylor; K. Chris; L. Mullins; T. McCoy; J. Deel; L. Yates; Doctor Ohai; Nurse Sutherland; Officer Gentry; Officer Stanley; K. McCoy, Captain; J. Mullins, Correctional Officer; Fred Schilling, Health Administrator, Defendants–Appellees.**

No. 07–7506.

United States Court of Appeals, Fourth Circuit.

Submitted: March 6, 2008.

Decided: April 7, 2008.

Terrance Henderson, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia; Susan A. Waddell, Guynn, Memmer & Dillon, P.C., Salem, Virginia, for Appellees.

Before NIEMEYER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Terrance Henderson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Henderson v. Virginia*, No. 7:06–cv–408–GEC–MFU, 2007 WL 2781722 (W.D. Va. Sept. 21, 2007). We dispense with oral argument because the facts and legal con-

tentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*